UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 06-08(7)(RHK/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   ORDER OF DISMISSAL |
| v. | ) |
| | ) |
| CHRISTIAN DARRYL VEITH, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Second Superseding Indictment against the above-named defendant is dismissed.

Dated: 8/30/06

s/Richard H. Kyle
RICHARD H. KYLE
U.S. District Court Senior Judge